NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GPX INTERNATIONAL TIRE CORPORATION** AND **HEBEI STARBRIGHT TIRE CO., LTD.,**
*Plaintiffs-Appellees,*

AND

**TIANJIN UNITED TIRE & RUBBER INTERNATIONAL CO., LTD.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

AND

**TITAN TIRE CORPORATION** AND **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,**
*Defendants-Appellants,*

AND

**BRIDGESTONE AMERICAS, INC.** AND **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,**
*Defendants-Appellants.*

---

2011-1107, -1108, -1109

Appeals from the United States Court of International Trade in consolidated case no. 08-CV-0285, Judge Jane A. Restani.

## ON MOTION

Before RADER, *Chief Judge.*

## ORDER

Upon consideration of GPX International Tire Corporation and Hebei Starbright Tire Co., Ltd.'s motion for leave to file an extended brief of no more than 21,000 words, and of motions by ArcelorMittal USA LLC, American Spring Wire Corp., Insteel Wire Products, Sumiden Wire Products Corp., Nashville Wire Products and SSW Holding Co., Inc.; the Committee on Pipe and Tube Imports; the Committee to Support U.S. Trade Laws; Nucor Corporation, Maverick Tube Corporation, and Alabama Metals Corporation; and United States Steel Corporation for leave to file briefs amici curiae in support of the defendants-appellants,

IT IS ORDERED THAT:

(1) The motion by GPX International Tire Corporation and Hebei Starbright Tire Co., Ltd. for leave to file an extended brief of no more than 21,000 words is denied. A brief of no more than 14,000 words is due within 40 days from the date of filing of this order.

(2) The motions for leave to file briefs amici curiae are granted, except that the Committee to Support U.S.

Trade Laws and Nucor Corporation, Maverick Tube Corporation, and Alabama Metals Corporation, which are represented by the same counsel, are limited to filing a combined brief of no more than 7,000 words, due within 14 days from the date of filing of this order.

FOR THE COURT

**MAR 1 0 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel L. Porter, Esq.
Francis J. Sailer, Esq.
Wesley K. Caine, Esq.
Joseph W. Dorn, Esq.
Michael D. Panzera, Esq.
Robert E. Lighthizer, Esq.
Alan H. Price, Esq.
Kathleen W. Cannon, Esq.
Roger B. Schagrin, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 1 0 2011**

**JAN HORBALY**
**CLERK**